893 A.2d 718

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. DANIEL J. RUCKER, DEFENDANT.

February 23, 2006.

IT IS ORDERED that the motion for reconsideration is granted, the Court's Order of September 12, 2005, is vacated, and the State's appeal is reinstated.

893 A.2d 719

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. OSCAR STERLING, DEFENDANT.

February 23, 2006.

IT IS ORDERED that the motion for reconsideration is granted, the Court's Order of September 12, 2005, is vacated, and the State's Appeal is reinstated.

893 A.2d 719

IN RE SUPREME COURT ADVISORY COMMITTEE ON PROFESSIONAL ETHICS OPINION NO. 697.

February 28, 2006.

IT IS ORDERED that the petition for review of the Advisory Committee on Professional Ethics Opinion Number 697, entitled *Conflict of Interest: Concurrent Representation Involving Local Public Entities and Private Clients,* is granted.